1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   IN RE:  STEVEN WAYNE BONILLA            No. 2:25-cv-00193-JAM-CSK

12                                           No. 2:25-cv-00195-JAM-CSK

13                                           No. 2:25-cv-00196-JAM-CSK

14                                           No. 2:25-cv-00198-JAM-CSK

15                                           No. 2:25-cv-00217-JAM-CSK

16                                           No. 2:25-cv-00220-JAM-CSK

17                                           No. 2:25-cv-00222-JAM-CSK

18                                           No. 2:25-cv-00224-JAM-CSK

19                                           No. 2:25-cv-00283-JAM-CSK

20

21

22                                           ORDER

23

24

25       Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

26   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

27   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

28   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

1

1   Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

2   13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

3   the Court to open a new case for each attempted new pleading and assign it to the Court for

4   review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

5   Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

6           The Court has reviewed the complaints/petitions filed in the above-captioned cases and

7   finds they are related to Plaintiff's Alameda County criminal conviction.

8           Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00193, 2:25-cv-00195, 2:25-cv-

9   00196, 2:25-cv-00198, 2:25-cv-00217, 2:25-cv-00220, 2:25-cv-00222, 2:25-cv-00224 and 2:25-

10  cv-00283 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE** these cases.  **No**

11  **further filings will be accepted**.

12

13   Dated: January 30, 2025                    /s/ John A. Mendez

14                                              THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2